## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**SCARANO BOAT BUILDING, INC.**

               **V.**         **CASE NUMBER: 1:03-CV-873(GTE/DRH)**

**WE TRUCKING OF HILLSBORO,
WI, INC.**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that pursuant to the Text Order of the Hon. G. Thomas Eisele entered on July 23, 2007, and all prior orders in this action resolving all claims in this action, judgment be entered in favor of Defendants WE TRUCKING OF HILLSBORO, WI, INC.; PENNSYLVANIA ELECTRIC COMPANY; ADAMS CABLE SERVICE; and ADELPHIA CABLE, and this case is terminated.

DATED:    <u>July 23, 2007</u>

                                                    Clerk of Court

LKB:lmp